# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:06CR23

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | **NOTICE** |
| | ) | |
| TROY ALAN WITSCHI | ) | |
| | ) | |

**THIS MATTER** is before the Court pursuant to the notice provisions of Fed. R. Crim. P. 32(h).

Notification is hereby provided to defense counsel, the Defendant, and the United States Attorney that the Court is considering an upward variance and imposition of a non-Guidelines sentence of 360 months imprisonment in this case based on the unthinkable acts of this Defendant perpetrated on his children as described in detail in the presentence report.

The Defendant, his attorney, and the United States Attorney will be given an opportunity for allocution at the sentencing hearing.

Signed: April 26, 2007

Lacy H. Thornburg
United States District Judge