IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL ACTION NO. 1:06-CR-00023-GCM-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TROY ALAN WITSCHI,<br><br>Defendant. | **ORDER** |

**THIS MATTER** comes before the Court on Defendant Troy Alan Witschi's Motion for Jurisdictional Challenge (ECF No. 87). Witschi appears to argue that the Court is without jurisdiction over his criminal case, relying on a litany of baseless "sovereign citizen" legal arguments.[1] *See United States v. Mitchell*, 405 F. Supp. 2d 602, 603–06 (D. Md. 2005) (explaining sovereign citizen theories). The motion will be denied as utterly frivolous.

**IT IS THEREFORE ORDERED** that the Motion for Jurisdictional Challenge is **DENIED AS FRIVOLOUS**. The Clerk is respectfully requested to send a copy of this Order to Defendant, along with a 28 U.S.C. § 2255 motion template.

**SO ORDERED**.

Signed: August 29, 2022

Graham C. Mullen
United States District Judge

---

[1] The Court is unable to ascertain whether Witschi intended to file a postconviction motion under 28 U.S.C. § 2255. If Witschi so desires, he may file such a motion.